IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MYRTLE L. DREYER, ET AL., )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>Defendant. )<br>  )<br>  )<br>_____ ) | Case No. 2:15-cv-01242-JAM-EFB<br><br>**STIPULATION TO EXTEND (1) DEADLINE TO FILE JOINT MID-LITIGATION STATEMENT, (2) DISCOVERY COMPLETION DATE, (3) THE DISPOSITIVE MOTION FILING DEADLINE, AND (4) THE DATE TO HEAR ANY DISPOSITIVE MOTIONS** |

Pursuant to the Court's order dated October 26, 2015, Heather Ledgerwood, counsel for plaintiff, and Paul T. Butler, counsel for defendant, have conferred and both parties seek additional time to discuss settlement of this case. Both parties agree that the approaching deadlines may hinder the parties' ability to pursue settlement. In an effort to minimize legal fees and additional costs, both parties agree and seek the Court's permission to extend the following deadlines:

1. A one- week extension to August 26, 2016 for the filing of the Joint Mid-Litigation Statement.

2. A three-week extension to September 23, 2016 to complete all discovery.

3. A four week extension to November 15, 2016 for the filing of all dispositive motions.

1

4.  A four week extension to December 13, 2016 at 1:30 p.m. to hear all dispositive motions.

Dated: August 19, 2016

By:

 /s/ Heather Ledgerwood          .
HEATHER LEDGERWOOD
WealthPLAN, LLP
1960 The Alameda, Suite 185
San Jose, CA  95126
Telephone:     (408) 918-9030

*Attorney for Plaintiffs*

Dated: August 19, 2016

By:

 /s/ Paul T. Butler                  .
PAUL T. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Telephone:     (202) 514-1170

*Attorney for the United States*

    IT IS SO ORDERED AND ***AS MODIFIED BY THE COURT.***

Date:  8/19/2016                    /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
                                    United States District Court Judge

2